UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Pauline Ulrick | ) <br> ) <br> ) Case No. **3:12-cv-1247** <br> ) <br> v. ) <br> ) Corporate Disclosure Statement <br> Dolgencorp, LLC d/b/a Dollar General ) <br> ) <br> ) |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Defendant Dolgencorp, LLC d/b/a Dollar General**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   __x__ Yes  _____ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   Dolgencorp, LLC is a wholly owned subsidiary of Dollar General Corp., which is publicly traded. Defendant Dolgencorp, LLC did not actually employ Plaintiff. Instead, Plaintiff was employed by Dolgen Midwest, LLC, which, through intermediary companies, also is owned by Dollar General Corp. Kohlberg Kravis & Roberts, L.P. owns more than 10% of Dollar General Corp. and is also publicly traded.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? __x__ Yes  _____ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

   See Answer to No. 1.

/s/Robert E. Dezort (0059688)          May 17, 2012
_____              _____
(Signature of Counsel)                 (Date)